No. 2751.—J. LANABERE *v.* CITY OF NEW ORLEANS.

A judgment which has been given for damages for a less amount than was claimed in the petition will not be amended on appeal at the request of the plaintiff and appellee, where the evidence in the record is not sufficiently full to authorize the increase.

APPEAL from the Fifth District Court, parish of Orleans. *Leaumont, J. E. Filleul,* for plaintiff and appellee. *J. R. Beckwith,* City Attorney, for appellant.

HOWELL, J. The plaintiff herein sued for $4000, amount of damages caused by a mob on the night of the twenty-sixth of October, 1868, and from a judgment for $2500 the city appealed. The plaintiff has asked that the judgment be increased to the amount claimed. The evidence, however, is not sufficiently full and specific to require any disturbance of the judgment rendered by the District Judge, who had the parties and witnesses before him.

Judgment affirmed.